# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID JOHNSON,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| v. | : | |
| **ANDREW M. SAUL,** | : | **No. 19-cv-04098-RAL** |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## O R D E R

AND NOW, this 18th day of June, 2020, upon consideration of Plaintiff David Johnson's Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA") (ECF No. 17), the Commissioner's Response (ECF No. 18), and Plaintiff's Reply (ECF No. 19), for the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, it is **ORDERED** that:

1. The Motion for Attorney's Fees pursuant to EAJA is granted in part and denied in part.

2. Fees in the amount of $6,190.30 are awarded to Plaintiff. As detailed in my accompanying memorandum opinion, Plaintiff's requested time of 34.4 hours has been reduced by 4.35 hours due to the partial use of "block billing."

3. Subject to any offset under the Treasury Offset Program, payment of this award shall be made to Plaintiff via the Law Offices of Chermol & Fishman, LLC. If

EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.

BY THE COURT:

_s/Richard A. Lloret_____
RICHARD A. LLORET
U.S. Magistrate Judge